GRACE L. SMITH, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Application granted.

ANTHONY CIANCIULLI, Respondent, v. CONGREGATION SONS OF ISRAEL, INC., and Others, Appellants. (Actions 1 and 2.) — The decision of this court handed down on February 20, 1931,* is hereby amended to read as follows: Motion for stay denied. Temporary stay as to service of bill of particulars vacated. Defendants to serve bill of particulars within five days from entry of the order herein. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION in Respect of SAMUEL CHERON, an Attorney.— Motion to confirm report of official referee granted, respondent disbarred and his name ordered stricken from the roll of attorneys. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

GEORGE BATTO, Respondent, v. WESTMORELAND REALTY CO., INC., and WILLIAM WITTSCHACK, Appellants. FLORENCE GAZZALO, Respondent, v. WESTMORELAND REALTY CO., INC., and WILLIAM WITTSCHACK, Appellants. JAMES GAZZALO, Respondent, v. WESTMORELAND REALTY CO., INC., and WILLIAM WITTSCHACK, Appellants.— Judgments against appellant Wittschack unanimously affirmed, with costs. Judgments against appellant Westmoreland Realty Co., Inc., reversed upon the law and the facts, with costs, and complaints as to that defendant dismissed, with costs. In our opinion there is sufficient evidence to sustain the finding of the trial court that the injuries of plaintiffs Batto and Florence Gazzalo were caused solely by the negligence of appellant Wittschack and that at the time of the accident he was not engaged in the business of the Westmoreland Realty Co., Inc., nor acting within the scope of his employment, nor operating the truck involved in the accident with the knowledge or permission of the Westmoreland Realty Co., Inc. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur. Settle order on notice.

HELEN BEDELL, Respondent, v. JOHN A. KUNKEL, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.